**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| TAMARAH C. LOUIS and EMMANUEL G. LOUIS, JR., individually, and on behalf of all others similarly situated,<br><br>                    **Plaintiffs,**<br><br>                    **v.**<br><br>BLUEGREEN VACATIONS UNLIMITED, INC., a Florida corporation and BLUEGREEN VACATIONS CORPORATION, a Florida corporation,<br><br>                    **Defendant.** | **CASE NO.: 0:21-cv-61938-RAR**<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Ira Rheingold of the National Association of Consumer Advocates, 1730 Rhode Island Avenue, NW, Washington, DC 20036; 202-452-1989, for purposes of appearance as co-counsel on behalf of Plaintiffs, Tamarah C. Louis and Emmanuel G. Louis, Jr., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Ira Rheingold to receive electronic filings in this case, and in support thereof states as follows:

      1.      Ira Rheingold is not admitted to practice in the Southern District of Florida and is a member in good standing of the following courts:  Northern District of Illinois.

2.       He has not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

3.       Movant, Janet R. Varnell, Esquire, of the law firm of Varnell & Warwick, P.A., 1101 E. Cumberland Avenue, Suite 201H, #105, Tampa, FL 33602, (352) 753-8600, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

4.       In accordance with the local rules of this Court, Ira Rheingold has made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

5.       Ira Rheingold, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Ira Rheingold at email address: Ira@consumeradvocates.org.

WHEREFORE, Janet R. Varnell, moves this Court to enter an Order that Ira Rheingold may appear before this Court on behalf of Tamarah C. Louis and Emmanuel G. Louis, Jr., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ira Rheingold.

DATED:  MARCH 28, 2022

VARNELL & WARWICK, P.A.

/s/  JANET R. VARNELL
JANET R. VARNELL; FBN:  0071072
BRIAN W. WARWICK; FBN:  0605573
Matthew T. Peterson, FBN: 1020720
Erika R. Willis, FBN: 100021
1101 E. Cumberland Ave., Ste. 201H, #105
Tampa, FL 33602
Telephone: (352) 753-8600
Facsimile: (352-504-3301
jvarnell@vandwlaw.com
bwarwick@vandwlaw.com
mpeterson@vandwlaw.com
ewillis@vandwlaw.com
kstroly@vandwlaw.com

ATTORNEYS FOR PLAINTIFFS

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| **TAMARAH C. LOUIS and EMMANUEL G. LOUIS, JR., individually, and on behalf of all others similarly situated,** | **CASE NO.: 0:21-cv-61938-RAR** |
| **Plaintiffs,** | **CLASS ACTION** |
| | **JURY TRIAL DEMANDED** |
| **v.** | |
| **BLUEGREEN VACATIONS UNLIMITED, INC., a Florida corporation and BLUEGREEN VACATIONS CORPORATION, a Florida corporation,** | |
| **Defendant.** | |

## <u>CERTIFICATION OF IRA RHEINGOLD</u>

Ira Rheingold, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that:

(1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;

(2) I am a member in good standing of the following courts:  Northern District of Illinois.

(3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

Dated: March 28, 2022

/s/ Ira Rheingold
Ira Rheingold

4